OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

ZIP 78701
02 1W
0001401623 MAY. 20. 2015

$ 000.26⁵

POSTAGE ≫ PITNEY BOWES

5/15/2015
WILLIN, BRIAN BERNARD      Tr. Ct. No. CR21310-A                    WR-83,304-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

## RETURN TO SENDER

☐ NEED TDC #

☑ INMATE NO LONGER HERE

☐ ILLEGIBLE WRITING

BRIAN BERNARD WILLIN
MTC - WEST TEXAS ISF - TDC # 1795654
P.O. BOX 1359
BROWNFIELD, TX 79316

REF

43B  79316